IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joshua Michael Martinez,<br><br>Petitioner,<br><br>v.<br><br>J. Monarez,<br><br>Respondent. | No. CV-23-02068-PHX-DWL<br><br>**ORDER** |

Pending before the Court are Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc. 16). The R&R, which was issued on May 8, 2024, recommends that the petition be dismissed without prejudice for failure to prosecute and failure to comply with LRCiv 83.3. (Doc. 16 at 4.) The R&R also notes that, according to the Bureau of Prisons website, Petitioner was released from custody on May 1, 2024. (*Id.* at 1 n.1.) The R&R further provides that "[t]he parties shall have 14 days from the date of service of a copy of this [R&R] within which to file specific written objections with the Court." (*Id.*)

Here, no such objections have been filed. Additionally, the R&R was returned as undeliverable because Petitioner no longer resides at his address of record. (Doc. 17.) Thus, the Court accepts the Magistrate Judge's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other

standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that the R&R's recommended disposition (Doc. 16) is accepted, that the Petition (Doc. 1) is dismissed without prejudice, and that the Clerk of Court shall enter judgment accordingly.

Dated this 29th day of May, 2024.

_____
Dominic W. Lanza
United States District Judge